1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

SAMIR DELIC,

8
                                    Plaintiff,        Case No. C19-1092 RSM
9
        v.                                           **ORDER GRANTING**
10                                                   **APPLICATION TO PROCEED IN**
COMMISSIONER OF SOCIAL SECURITY,                     **FORMA PAUPERIS**
11
                                   Defendant.
12

13      The Court **GRANTS** plaintiff's *in forma pauperis* application, Dkt. 1, and **ORDERS**:

14      (1)     Plaintiff shall be issued summonses.

15      (2)     Plaintiff is responsible for serving the complaint and summonses, and must file

proof of service as required by Rule 4 of the Federal Rules of Civil Procedure. Plaintiff may
16
effectuate service electronically as detailed in General Orders 04-15 and 05-15, by sending a
17
copy of the summonses and complaint, along with plaintiff's identifying information, by email to
18
USAWAW.SSAClerk@usdoj.gov.
19
        DATED this 18th day of July, 2019.
20

21

22      RICARDO S. MARTINEZ
        CHIEF UNITED STATES DISTRICT JUDGE
23