U.S. DISTRICT JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMIR DELIC,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　　Defendant. | CIVIL NO. 2:19-cv-01092-RSM<br><br>ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) |

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion For Attorneys Fees Pursuant To 42 U.S.C.§ 406(b), the Court having considered the contentions of Plaintiff and Defendant, good cause having been shown for entry of the Order, now therefore, it is hereby

ORDERED that Plaintiff's attorney David P. Oliver is awarded a gross attorney's fee of **$14,583.50** pursuant to 42 U.S.C. § 406(b), reduced by the EAJA fees of **$169.80** that previously were awarded and paid (Note that an EAJA attorney fee of $4,636.80 was approved; however $4,467 was withheld to pay the plaintiff's past due child support. Since the plaintiff's attorney has paid $4,467 of the Plaintiff's child support on his behalf, this portion of the EAJA, which was not received by plaintiff's attorney, is not being subtracted from the 406b fee request.), and a **$6,000** administrative fee, leaving a net fee of **$8,413.70**. When issuing the 42 U.S.C. § 406(b) check for

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) - 1

David Oliver & Associates
2608 South 47th Street, Suite C
Tacoma, WA 98409
(253) 472-4357
david@sslawyer.org

1 | payment to Plaintiff's attorney herein, Social Security is directed to make the check payable to

2 | Plaintiff's attorney and to send to Plaintiff's attorney the net balance of **$8,413.70,** minus any

3 | applicable processing fees as allowed by statute.

4 |     DATED this 25th day of August, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

S/David P. Oliver
David P. Oliver
Attorney for Plaintiff

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) - 2

David Oliver & Associates
2608 South 47th Street, Suite C
Tacoma, WA 98409
(253) 472-4357
david@sslawyer.org

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) [-field MERGEFIELD F494 «F494»] - 3

Halpern & Oliver, PLLC
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055